PHILLIP A. TALBERT
Acting United States Attorney
JOHN E. SCANLON
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:21-mj-0118-KJN |
| Plaintiff, | ) STIPULATION AND ORDER TO VACATE |
| | ) BENCH TRIAL AND SET INITIAL |
| v. | ) APPEARANCE |
| GARRETT L. MUNN, | ) |
| Defendant. | ) DATE: September 27, 2021 |
| | ) TIME: 9:00 a.m. |
| | ) JUDGE: Hon. Kendall J. Newman |

**STIPULATION**

The United States of America, by and through its counsel of record, and defendant, by and through its counsel of record, stipulate as follows:

1. By previous order, this matter was scheduled for a bench trial on September 27, 2021 at 9:00 a.m.

2. By this stipulation, the parties now jointly move to vacate the bench trial and set an initial appearance on September 27, 2021

///

///

///

STIPULATION AND ORDER          1          U.S. V. GARRET L. MUNN

at 9:00 a.m.

    IT IS SO STIPULATED.

DATED: September 17, 2021    PHILLIP A. TALBERT
Acting United States Attorney

By: */s/ John Scanlon*
JOHN E. SCANLON
Special Assistant U.S. Attorney

*/s/ Linda Allison*
LINDA C. ALLISON
Assistant Federal Defender
Counsel for Defendant
(*Approved via email on 9/17/2021*)

**FINDINGS AND ORDER**

    IT IS SO ORDERED, that the bench trial is vacated as set forth above, and an Arraignment on the Superseding Information is set for September 27, 2021, at 9:00 a.m.

    FOUND AND ORDERED this 20th day of September, 2021.

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE