UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC Case Number: 2:21-mj-00118-KJN |
| v. | **JUDGMENT IN CRIMINAL CASE** |
| **GARRETT L. MUNN** | **(Class B Misdemeanor)** |

Defendant pleaded guilty, is adjudged guilty and convicted of the following offense(s):

| Charge(s) Defendant Convicted of: | Nature of Charge(s) |
|---|---|
| 18 USC § 13 and CVC § 14601.2(a) | Driving When Privilege Suspended & Revoked for a Conviction of Driving Under the Influence |

**ACCORDINGLY, YOU ARE HEREBY SENTENCED TO THE FOLLOWING:**

☒ **PAY** a fine in the amount of $800 , a special assessment of $10 ,
   ☐ Total financial obligation of $810  due immediately or no later than  .
   ☒ Monthly payments of $100 , per month for  months commencing on 10/12/2021 and each month until paid in full. Special Assessment to be paid within 10 days of 10/7/2021.

☒ **PROBATION** for a term of 12 months, and shall terminate upon full payment of the fine and special assessment. Your conditions of probation are as follows:

1. Your probation shall be unsupervised;
2. You shall not commit another federal, state, or local crime;
3. You shall notify the US Attorney's Office and, if represented by counsel, your counsel 10 days prior to any change of residence.
4. Defendant shall not operate a motor vehicle unless he possesses a valid driver's license and is in compliance with each and every restriction on such license.
5. The defendant shall provide the US Attorney's Office with any documentation relating to obtaining a valid driver's license from all relevant sources.
6. The defendant shall notify the US Attorney's Office within 72 hours of being arrested.

**While on probation and subject to any financial obligation** of probation, you shall notify the court of any material change in your economic circumstances that might affect your ability to pay the fine.

☐ **YOU ARE HEREBY COMMITTED TO THE BUREAU OF PRISONS** to be imprisoned for a term of  beginning immediately or by reporting to the United States Marshal located at 501 I Street, 5th Floor, Sacramento, California, 95814 on  by  .

☐ **YOU ARE ALSO ORDERED TO APPEAR for a REVIEW HEARING** on  at  and **ORDERED TO** file a Status Report 14 days prior to your scheduled hearing. Please note that failure to appear could result in an arrest warrant being issued against you.

☐ **OTHER**:

**IT IS FURTHER ORDERED** that financial payments shall be made by **CHECK** or **MONEY ORDER** and will be subject to **late/delinquent charges imposed by the Court** if not paid timely. If your conviction also involves a moving violation, an abstract could be placed on your driving record. The check must be made payable to **"CLERK- U.S.D.C."** and SENT to the following address:

> **CLERK, UNITED STATES DISTRICT COURT**
> Eastern District of California- Sacramento
> 501 I Street, #4-200
> Sacramento, CA  95814

**Your check or money order must indicate your name and case number shown above to ensure your account is credited for payment received and that no late fees or warrants/abstracts attach to your case for failure to pay.**

DATED: 10/7/2021

/s/ *Kendall J. Newman*
**Kendall J. Newman**
United States Magistrate Judge

CRD  Initials: AW